**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED RADTKE,<br>Plaintiff,<br>v.<br>CITY OF SANTA ANA, ETC., ET AL.,<br>Defendants. | No. SA CV 26-1104-FMO (E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed. Accordingly, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///

///

///

///

IT IS FURTHER ORERED that the Clerk serve forthwith copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff.

Dated: October 28, 2026

_______________/s/___________________
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE