JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED RADTKE,<br>Plaintiff,<br>v.<br>CITY OF SANTA ANA, ETC., ET AL.,<br>Defendants. | No. SA CV 26-1104-FMO(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: October 28, 2026

_______________/s/_____________________
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE